**Charles Bradford ODOM, Appellant,**

v.

**BURLEIGH COUNTY DETENTION CENTER, Unknown Head Supervisor; Detective Kenan Kaizer; Detective Paul Olson; Julie Lawyer, Assistant State's Attorney; Glen Valley, Appellees.**

No. 09–3230.

United States Court of Appeals, Eighth Circuit.

Submitted: March 22, 2010.

Filed: March 31, 2010.

Charles Bradford Odom, Jamestown, ND, pro se.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

North Dakota inmate Charles Bradford Odom appeals the district court's[1] preser-

---

1. The Honorable Daniel L. Hovland, United States District Judge for the District of North

vice dismissal of his 42 U.S.C. § 1983 suit. Following de novo review, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (28 U.S.C. § 1915A dismissal is reviewed de novo), we have found no basis for reversal. Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B.

Dakota, adopting the report and recommendation of the Honorable Charles S. Miller, Jr., United States Magistrate Judge for the District of North Dakota.

grant of summary judgment in favor of the trustee of Grimlie's bankruptcy estate. After careful review, *see In re Vote,* 276 F.3d 1024, 1026 (8th Cir.2002) (review standards), we affirm for the reasons stated by the BAP, *see* 8th Cir. R. 47B.